# EXHIBIT C

# ALLMED
# (Brand: LVWIT)

**Infringement Contention － US Pat. No. US9261242C1 ('242 Patent)**

| Infringing Product(ASIN) | US9261242C1 Claim 1 | Infringement Contention |
|---|---|---|
| LVWIT B11 LED Filament Bulb E26 Chandelier Medium Base 2700K Warm White, 4W (B06XSQ16HH) | 1(a) An LED light bulb, comprising: | The infringement testing confirms that the infringing product is an LED light bulb. The tested product includes an integrated LED light source, internal electrical driver circuitry, and a power input structure, and therefore meets and satisfies the limitation of Claim 1(a) as recited.<br> |
| | 1(b) a light-transmission bulb shell; | The experimental results show that the infringing product LVWIT comprises a light-transmission bulb shell forming the outer enclosure of the LED light bulb. The bulb shell is transparent and allows light emitted from the internal LED light emitting strips to pass through, thereby literally meeting the limitation of Claim 1(b).<br><br>A  Light-Transmission Bulb Shell; |

2

| | | |
|---|---|---|
| | | Physical disassembly and inspection demonstrate that the infringing product employs a central core column structure. The core column includes an exhaust tube,an electrical power lead, and a bracket. Accordingly, the infringing product meets and satisfies Claim 1(c) as recited. |
| | 1(c) a core column with an exhaust tube ,an electrical power lead and a bracket; | A Core Column<br><br><br>An Exhaust Tube<br><br><br>An Electrical Power Lead<br> |

3

|  |  | Electrical Power Lead    Core Column    Bracket    LED Light Emitting Strip  |

| | | |
|---|---|---|
| | 1(d) a driver and;at least one LED light emitting strip fixed on the bracket,which is supported by the exhaust tube,for fixing the at least one LED light emitting strip,electrode leads at two ends of the LED light emitting strip are connected with the driver and an electrical connector via the electrical power lead in the core column,the LED light emitting strip comprises a transparent substrate strip,with a plurality of LED chips mounted thereon wherein the LED chips have transparent chip substrates wherein the LED chips are fixed onto the transparent substrate strip by a transparent glue to permit the at least one LED light emitting strip to emit 4 π light; | The experimental results demonstrate that the infringing product comprises a light-transmission bulb shell enclosing an internal structure that employs a core column including an exhaust tube, an electrical power lead, and a bracket. Driver  Exhaust Tube  Core Column   LED Light   Emitting Strip   Bracket   Electrical Power Lead  |

5



LED Light Emitting Strip End

LED Light Emitting Strip

Electrical Power Lead

Electrode Lead

Driver

The infringing product further includes a driver and at least one LED light emitting strip fixed on the bracket, which is supported by the exhaust tube, in a manner consistent with the configuration recited in Claim 1(d).

The LED light emitting strip of the infringing product comprises a transparent substrate strip, with a plurality of LED chips mounted thereon. The LED chips have transparent chip substrates and are fixed onto the transparent substrate strip by transparent glue, as recited, thereby permitting the LED light emitting strip to emit $4\pi$ light, consistent with the claimed structure and function.

6



| | | |
|---|---|---|
| | 1(e) wherein the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column so as to form a vacuum sealed chamber, which is filled with a gas having a low coefficient of viscosity and a high coefficient of thermal conductivity,to perform convection dissipation without a metal heat sink and thereby take away heat generated by the LED light emitting strip when the LED light emitting strip is operating,via convection and conduction of the gas,through the light-transmission bulb shell;wherein the gas having a low coefficient of viscosity and a high coefficient of thermal conductivity includes He,H2,or a mixed gas of He and H2,and at room temperature the gas has a gas pressure in the range of 50-1520 Torrs, | The infringement testing demonstrates that the infringing product includes an electrical connector and that the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column to form a vacuum sealed chamber.<br><br>The gas analysis mass spectrometer testing further shows that the vacuum sealed chamber is filled with Helium (He), as the characteristic peak of Helium was clearly detected in the internal gas of the bulb. This gas is consistent with gases having a low coefficient of viscosity and a high coefficient of thermal conductivity as recited. The product operates without a metal heat sink, to remove heat generated by the LED light emitting strip through convection and conduction via the gas and the bulb shell.<br><br>Accordingly, the infringing product meets and satisfies Claim 1(e).<br><br> |

8

| | 1(f) wherein the bracket and the LED light emitting strips fixed on the bracket are housed in the vacuum sealed chamber,the LED light emitting strips being connected in series or in series and parallel,and arrangement of the LED light emitting strips is in the form of V,W,column,cone or plane;each of the LED light emitting strips having one LED electrode lead wire at each of two ends,with a first end of each of the LED electrode lead wires connected to one of the plurality of LED chips of the LED light emitting strips by an electrical connection wire,while a second end of the LED electrode lead wires is connected to an LED electrode lead wire of another LED light emitting strip by a metal wire of another LED light emitting strip by a metal wire or to an electrical power lead of the LED light bulb, | Experimental observation shows that the bracket and the LED light emitting strips fixed on the bracket are housed within the vacuum sealed chamber.<br><br><br>Core Column    LED Light Emitting Strip<br>Vacuum Sealed Chamber<br><br>The experimental observations further confirm that the LVWIT product employs LED light emitting strips connected in a combination of series and parallel, which is one of the expressly recited connection forms in Claim 1(f).<br><br><br>Parallel Connection<br>LED Light Emitting Strip<br>Series Connection |

9



The gas analysis mass spectrometer shows that the characteristic peak of Helium is detected in the internal gas of the bulb.

Each LED light emitting strip has one LED electrode lead wire at each of two ends. The experimental observations demonstrate that: a first end of each LED electrode lead wire is connected to one of the plurality of LED chips by an electrical connection wire; and a second end of each LED electrode lead wire is connected to an LED electrode lead wire of another LED light emitting strip or to an electrical power lead by a metal wire.



LED Light Emitting Strip Electrode Lead Wire

LED Light Emitting Strip

LED Light Emitting Strip Electrode Lead Wire

Electrical Power Lead

The experimental results therefore literally meet the electrical connection and arrangement limitations recited in Claim 1(f).

10

| | | |
|---|---|---|
| | |  |
| | 1(g) wherein the LED light emitting strips are supported with the LED light bulb by fixing the metal wires on a pillar of the core column. | The experimental observations clearly show that the LED light emitting strips are mechanically supported within the LED light bulb by fixing metal wires on a pillar of the core column. This support structure meets Claim 1(g) as recited. |

LED Light Emitting Strip Electrical Connection Wire

Pillar of the Core Column

Metal Wires

11

Arberlic

**Infringement Contention －US Pat. No. US9261242C1 ('242 Patent)**

| Infringing Product(ASIN) | US9261242C1 Claim 1 | Infringement Contention |
|---|---|---|
| Arberlic G16.5 Light Bulb,4W E12 LED Bulb dimmable Equivalent E12 (B0BYRR559Y) | 1(a) An LED light bulb, comprising: | Experimental examination confirms that the infringing product is an LED light bulb. The tested product includes an integrated LED light source, internal electrical driver circuitry, and a power input structure, and therefore meets and satisfies the limitation of Claim 1(a) as recited.<br><br> |
| | 1(b) a light-transmission bulb shell; | The experimental results show that the infringing product Arberlic comprises a light-transmission bulb shell forming the outer enclosure of the LED light bulb. The bulb shell is transparent and allows light emitted from the internal LED light emitting strips to pass through, thereby literally meeting the limitation of Claim 1(b). |

13

<table>
<tr><td></td><td></td><td><br><br>A Light-Transmission Bulb Shell;</td></tr>
<tr><td></td><td>1(c) a core column with an exhaust tube , an electrical power lead and a bracket;</td><td>Physical disassembly and inspection demonstrate that the infringing product employs a central core column structure. The core column includes an exhaust tube,an electrical power lead, and a bracket. Accordingly, the infringing product meets and satisfies Claim 1(c) as recited.<br><br>A Core Column<br><br></td></tr>
</table>

14



| | | |
|---|---|---|
| | 1(d) a driver and;at least one LED light emitting strip fixed on the bracket,which is supported by the exhaust tube,for fixing the at least one LED light emitting strip,electrode leads at two ends of the LED light emitting strip are connected with the driver and an electrical connector via the electrical power lead in the core column,the LED light emitting strip comprises a transparent substrate strip,with a plurality of LED chips mounted thereon wherein the LED chips have transparent chip substrates wherein the LED chips are fixed onto the transparent substrate strip by a transparent glue to permit the at least one LED light emitting strip to emit $4\pi$ light; | The experimental results demonstrate that the infringing product comprises a light-transmission bulb shell enclosing an internal structure that employs a core column including an exhaust tube, an electrical power lead, and a bracket.<br><br><br>Driver<br><br><br>Exhaust Tube<br><br>Core Column    LED Light Emitting Strip<br>Electrical Power Lead    Bracket<br> |



LED Light Emitting Strip End

LED Light Emitting Strip

Electrical Power Lead

Electrode Lead

Driver

Further examination confirms that:

The infringing product further includes a driver and at least one LED light emitting strip fixed on the bracket, which is supported by the exhaust tube, in a manner consistent with the configuration recited in Claim 1(d).

The LED light emitting strip of the infringing product comprises a transparent substrate strip, with a plurality of LED chips mounted thereon. The LED chips have transparent chip substrates and are fixed onto the transparent substrate strip by transparent glue, as recited, thereby permitting the LED light emitting strip to emit 4π light, consistent with the claimed structure and function.

LED Chips

Transparent Substrate Strip



17



| | | |
|---|---|---|
| | 1(e) wherein the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column so as to form a vacuum sealed chamber, which is filled with a gas having a low coefficient of viscosity and a high coefficient of thermal conductivity,to perform convection dissipation without a metal heat sink and thereby take away heat generated by the LED light emitting strip when the LED light emitting strip is operating,via convection and conduction of the gas,through the light-transmission bulb shell;wherein the gas having a low coefficient of viscosity and a high coefficient of thermal conductivity includes He,H2,or a mixed gas of He and H2,and at room temperature the gas has a gas pressure in the range of 50-1520 Torrs, | The experimental results show that the infringing product includes an electrical connector and that the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column to form a vacuum sealed chamber.<br><br>The gas analysis mass spectrometer testing further shows that the vacuum sealed chamber is filled with Helium (He), as the characteristic peak of Helium was clearly detected in the internal gas of the bulb. This gas is consistent with gases having a low coefficient of viscosity and a high coefficient of thermal conductivity as recited. The product operates without a metal heat sink, to remove heat generated by the LED light emitting strip through convection and conduction via the gas and the bulb shell.<br><br>Accordingly, the infringing product meets and satisfies Claim 1(e).<br><br> |

| | | |
|---|---|---|
| | 1(f) wherein the bracket and the LED light emitting strips fixed on the bracket are housed in the vacuum sealed chamber,the LED light emitting strips being connected in series or in series and parallel,and arrangement of the LED light emitting strips is in the form of V,W,column,cone or plane;each of the LED light emitting strips having one LED electrode lead wire at each of two ends,with a first end of each of the LED electrode lead wires connected to one of the plurality of LED chips of the LED light emitting strips by an electrical connection wire,while a second end of the LED electrode lead wires is connected to an LED electrodelead wire of another LED light emitting strip by a metal wire of another LED light emitting strip or to an electrical power lead of the LED light bulb, | Experimental observation shows that the bracket and the LED light emitting strips fixed on the bracket are housed within the vacuum sealed chamber.<br><br>Core Column     LED Light Emitting Strip<br><br>Vacuum Sealed Chamber<br><br>The experimental observations further confirm that the Arberlic product employs LED light emitting strips connected in a combination of series and parallel, which is one of the expressly recited connection forms in Claim 1(f).<br><br>Parallel Connection<br><br>LED Light Emitting Strip<br><br>Series Connection |

20



The gas analysis mass spectrometer shows that the characteristic peak of Helium is detected in the internal gas of the bulb.

Each LED light emitting strip has one LED electrode lead wire at each of two ends. The experimental observations demonstrate that: a first end of each LED electrode lead wire is connected to one of the plurality of LED chips by an electrical connection wire; and a second end of each LED electrode lead wire is connected to an LED electrode lead wire of another LED light emitting strip or to an electrical power lead by a metal wire.



The experimental results therefore literally meet the electrical connection and arrangement limitations recited in Claim 1(f).

LED Light Emitting Strip

Electrical Connection Wire

21

| | | |
|---|---|---|
| | |  |
| | 1(g) wherein the LED light emitting strips are supported with the LED light bulb by fixing the metal wires on a pillar of the core column. | The experimental observations clearly show that the LED light emitting strips are mechanically supported within the LED light bulb by fixing metal wires on a pillar of the core column. This support structure meets Claim 1(g) as recited. |

# Beonllay

**Infringement Contention － US Pat. No. US9261242C1 ('242 Patent)**

| Infringing Product(ASIN) | US9261242C1 Claim 1 | Infringement Contention |
|---|---|---|
| 25 Watt Equivalent Type B11 Light Bulbs Candelabra (B09CPT7SW1) | 1(a) An LED light bulb, comprising: | The infringement testing confirms that the infringing product is an LED light bulb. The tested product includes an integrated LED light source, internal electrical driver circuitry, and a power input structure, and therefore meets and satisfies the limitation of Claim 1(a) as recited.<br><br> |
| | 1(b) a light-transmission bulb shell; | The experimental results show that the infringing product Beonllay comprises a light-transmission bulb shell forming the outer enclosure of the LED light bulb. The bulb shell is transparent and allows light emitted from the internal LED light emitting strips to pass through, thereby literally meeting the limitation of Claim 1(b).<br><br>A Light-Transmission Bulb Shell; |

| | | |
|---|---|---|
| | 1(c) a core column with an exhaust tube ,an electrical power lead and a bracket; | Physical disassembly and inspection demonstrate that the infringing product employs a central core column structure. The core column includes an exhaust tube,an electrical power lead, and a bracket. Accordingly, the infringing product meets and satisfies Claim 1(c) as recited. |

A Core Column





An Exhaust Tube

An Electrical Power Lead



|  |  |  |
|  |  |  |

| | | |
|---|---|---|
| | 1(d) a driver and;at least one LED light emitting strip fixed on the bracket,which is supported by the exhaust tube,for fixing the at least one LED light emitting strip,electrode leads at two ends of the LED light emitting strip are connected with the driver and an electrical connector via the electrical power lead in the core column,the LED light emitting strip comprises a transparent substrate strip,with a plurality of LED chips mounted thereon wherein the LED chips have transparent chip substrates wherein the LED chips are fixed onto the transparent substrate strip by a transparent glue to permit the at least one LED light emitting strip to emit 4 π light; | The experimental results demonstrate that the infringing product comprises a light-transmission bulb shell enclosing an internal structure that employs a core column including an exhaust tube, an electrical power lead, and a bracket.<br><br> |



The infringing product further includes a driver and at least one LED light emitting strip fixed on the bracket, which is supported by the exhaust tube, in a manner consistent with the configuration recited in Claim 1(d).

The LED light emitting strip of the infringing product comprises a transparent substrate strip, with a plurality of LED chips mounted thereon. The LED chips have transparent chip substrates and are fixed onto the transparent substrate strip by transparent glue, as recited, thereby permitting the LED light emitting strip to emit 4π light, consistent with the claimed structure and function.



29

| | | |
|---|---|---|
| | 1(e) wherein the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column so as to form a vacuum sealed chamber, which is filled with a gas having a low coefficient of viscosity and a high coefficient of thermal conductivity,to perform convection dissipation without a metal heat sink and thereby take away heat generated by the LED light emitting strip when the LED light emitting strip is operating,via convection and conduction of the gas,through the light-transmission bulb shell;wherein the gas having a low coefficient of viscosity and a high coefficient of thermal conductivity includes He,H2,or a mixed gas of He and H2,and at room temperature the gas has a gas pressure in the range of 50-1520 Torrs, | The experimental results show that the infringing product includes an electrical connector and that the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column to form a vacuum sealed chamber.<br><br>The gas analysis mass spectrometer testing further shows that the vacuum sealed chamber is filled with Helium (He), as the characteristic peak of Helium was clearly detected in the internal gas of the bulb. This gas is consistent with gases having a low coefficient of viscosity and a high coefficient of thermal conductivity as recited. The product operates without a metal heat sink, to remove heat generated by the LED light emitting strip through convection and conduction via the gas and the bulb shell.<br><br>Accordingly, the infringing product meets and satisfies Claim 1(e).<br><br> |

| | | |
|---|---|---|
| | 1(f) wherein the bracket and the LED light emitting strips fixed on the bracket are housed in the vacuum sealed chamber,the LED light emitting strips being connected in series or in series and parallel,and arrangement of the LED light emitting strips is in the form of V,W,column,cone or plane;each of the LED light emitting strips having one LED electrode lead wire at each of two ends,with a first end of each of the LED electrode lead wires connected to one of the plurality of LED chips of the LED light emitting strips by an electrical connection wire,while a second end of the LED electrode lead wires is connected to an LED electrode lead wire of another LED light emitting strip by a metal wire of another LED light emitting strip by a metal wire or to an electrical power lead of the LED light bulb, | Experimental observation shows that the bracket and the LED light emitting strips fixed on the bracket are housed within the vacuum sealed chamber. |

Core Column    LED Light Emitting Strip



Vacuum Sealed Chamber

The experimental observations further confirm that the Beonllay product employs LED light emitting strips connected in a combination of series and parallel, which is one of the expressly recited connection forms in Claim 1(f).



LED Light Emitting Strip

Series Connection

31



The gas analysis mass spectrometer shows that the characteristic peak of Helium is detected in the internal gas of the bulb.

Each LED light emitting strip has one LED electrode lead wire at each of two ends. The experimental observations demonstrate that: a first end of each LED electrode lead wire is connected to one of the plurality of LED chips by an electrical connection wire; and a second end of each LED electrode lead wire is connected to an LED electrode lead wire of another LED light emitting strip or to an electrical power lead by a metal wire.





LED Light Emitting Strip     LED Light Emitting Strip     LED Light Emitting Strip

Electrode Lead Wire     Electrode Lead Wire

Electrical Power Lead

The experimental results therefore literally meet the electrical connection and arrangement limitations recited in Claim 1(f).

| | | |
|---|---|---|
| | | LED Light Emitting Strip Electrical Connection Wire<br> |
| | 1(g) wherein the LED light emitting strips are supported with the LED light bulb by fixing the metal wires on a pillar of the core column. | The experimental observations clearly show that the LED light emitting strips are mechanically supported within the LED light bulb by fixing metal wires on a pillar of the core column. This support structure meets Claim 1(g) as recited.<br><br>Pillar of the Core Column<br><br>Metal Wires |

# Comzler

**Infringement Contention － US Pat. No. US9261242C1 ('242 Patent)**

| Infringing Product(ASIN) | US9261242C1 Claim 1 | Infringement Contention |
|---|---|---|
| comzler 10 Pack B11 Dimmable Candelabra LED Bulbs (B0CS2BB84J) | 1(a) An LED light bulb, comprising: | The infringement testing confirms that the infringing product is an LED light bulb. The tested product includes an integrated LED light source, internal electrical driver circuitry, and a power input structure, and therefore meets and satisfies the limitation of Claim 1(a) as recited.<br><br> |
| | 1(b) a light-transmission bulb shell; | The experimental results show that the infringing product comzler comprises a light-transmission bulb shell forming the outer enclosure of the LED light bulb. The bulb shell is transparent and allows light emitted from the internal LED light emitting strips to pass through, thereby literally meeting the limitation of Claim 1(b).<br><br>A Light-Transmission Bulb Shell;<br> |

| | | |
|---|---|---|
| | 1(c) a core column with an exhaust tube ,an electrical power lead and a bracket; | Physical disassembly and inspection demonstrate that the infringing product employs a central core column structure. The core column includes an exhaust tube,an electrical power lead, and a bracket. Accordingly, the infringing product meets and satisfies Claim 1(c) as recited.<br><br>A Core Column<br><br><br>An Exhaust Tube<br><br><br>An Electrical Power Lead<br> |

| | | |
|---|---|---|
| | |  |

| | | |
|---|---|---|
| | 1(d) a driver and;at least one LED light emitting strip fixed on the bracket,which is supported by the exhaust tube,for fixing the at least one LED light emitting strip,electrode leads at two ends of the LED light emitting strip are connected with the driver and an electrical connector via the electrical power lead in the core column,the LED light emitting strip comprises a transparent substrate strip,with a plurality of LED chips mounted thereon wherein the LED chips have transparent chip substrates wherein the LED chips are fixed onto the transparent substrate strip by a transparent glue to permit the at least one LED light emitting strip to emit 4 $\pi$ light; | The experimental results demonstrate that the infringing product comprises a light-transmission bulb shell enclosing an internal structure that employs a core column including an exhaust tube, an electrical power lead, and a bracket.<br><br> |



The infringing product further includes a driver and at least one LED light emitting strip fixed on the bracket, which is supported by the exhaust tube, in a manner consistent with the configuration recited in Claim 1(d).

The LED light emitting strip of the infringing product comprises a transparent substrate strip, with a plurality of LED chips mounted thereon. The LED chips have transparent chip substrates and are fixed onto the transparent substrate strip by transparent glue, as recited, thereby permitting the LED light emitting strip to emit 4π light, consistent with the claimed structure and function.



| | 1(e) wherein the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column so as to form a vacuum sealed chamber, which is filled with a gas having a low coefficient of viscosity and a high coefficient of thermal conductivity,to perform convection dissipation without a metal heat sink and thereby take away heat generated by the LED light emitting strip when the LED light emitting strip is operating,via convection and conduction of the gas,through the light-transmission bulb shell;wherein the gas having a low coefficient of viscosity and a high coefficient of thermal conductivity includes He,H2,or a mixed gas of He and H2,and at room temperature the gas has a gas pressure in the range of 50-1520 Torrs, | The infringement testing demonstrates that the infringing product includes an electrical connector and that the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column to form a vacuum sealed chamber. The gas analysis mass spectrometer testing further shows that the vacuum sealed chamber is filled with Hydrogen (H2), as the characteristic peak of Hydrogen was clearly detected in the internal gas of the bulb. This gas is consistent with gases having a low coefficient of viscosity and a high coefficient of thermal conductivity as recited. The product operates without a metal heat sink, to remove heat generated by the LED light emitting strip through convection and conduction via the gas and the bulb shell. Accordingly, the infringing product meets and satisfies Claim 1(e).  |

| | | |
|---|---|---|
| | 1(f) wherein the bracket and the LED light emitting strips fixed on the bracket are housed in the vacuum sealed chamber,the LED light emitting strips being connected in series or in series and parallel,and arrangement of the LED light emitting strips is in the form of V,W,column,cone or plane;each of the LED light emitting strips having one LED electrode lead wire at each of two ends,with a first end of each of the LED electrode lead wires connected to one of the plurality of LED chips of the LED light emitting strips by an electrical connection wire,while a second end of the LED electrode lead wires is connected to a LED electrode lead wire of another LED light emitting strip by a metal wire of another LED light emitting strip by a metal wire or to an electrical power lead of the LED light bulb, | Experimental observation shows that the bracket and the LED light emitting strips fixed on the bracket are housed within the vacuum sealed chamber.<br><br>Core Column　　　LED Light Emitting Strip<br><br>Vacuum Sealed Chamber<br><br>The experimental observations further confirm that the comzler product employs LED light emitting strips connected in a combination of series and parallel, which is one of the expressly recited connection forms in Claim 1(f).<br><br>Parallel Connection<br><br>LED Light Emitting Strip<br><br>Series Connection |

42



The gas analysis mass spectrometer shows that the characteristic peak of Hydrogen is detected in the internal gas of the bulb.

Each LED light emitting strip has one LED electrode lead wire at each of two ends. The experimental observations demonstrate that: a first end of each LED electrode lead wire is connected to one of the plurality of LED chips by an electrical connection wire; and a second end of each LED electrode lead wire is connected to a LED electrode lead wire of another LED light emitting strip or to an electrical power lead by a metal wire.





LED Light Emitting Strip Electrode Lead Wire

LED Light Emitting Strip

LED Light Emitting Strip Electrode Lead Wire

Electrical Power Lead

The experimental results therefore literally meet the electrical connection and arrangement limitations recited in Claim 1(f).

43

| | | |
|---|---|---|
| | | LED Light Emitting Strip Electrical Connection Wire<br> |

| | | |
|---|---|---|
| | 1(g) wherein the LED light emitting strips are supported with the LED light bulb by fixing the metal wires on a pillar of the core column. | The experimental observations clearly show that the LED light emitting strips are mechanically supported within the LED light bulb by fixing metal wires on a pillar of the core column. This support structure meets Claim 1(g) as recited.<br><br>Pillar of the Core Column<br><br><br><br>Metal Wires |

Cotanic

**Infringement Contention － US Pat. No. US9261242C1 ('242 Patent)**

| Infringing Product(ASIN) | US9261242C1 Claim 1 | Infringement Contention |
|---|---|---|
| Cotanic Dimmable E12 Candelabra LED Bulb Equivalent (B082D8WF8R) | 1(a) An LED light bulb, comprising: | Experimental examination confirms that the Cotanic product is an LED light bulb incorporating an internal LED light source, an internal driver circuit, and a power input structure. Accordingly, the Cotanic product meets the limitation of Claim 1(a). |

47



**About this item**

- 5%~100% Dimmable Function: Compatible with most of these dimmer in USA, this E12 candelabra LED bulb can be adjusted to different brightness smoothly to meet your different needs. Its stable current is helping to avoid the annoying flicker or buzzing and prevent you from eye-fatigue.
- 4000k Natural Daylight: A comfortable and vibrant atmosphere with 600 lumens can be created by this C35 chandelier light bulb . Made of high transmittance transparent glass , this filament candle light are able to provide you with a 360-degree all-around illumination.
- Elegant Household Decoration: A candle shape LED candelabra bulb that can be used as a unique decoration for any E12 lighting fixtures such as chandeliers, ceiling fan, wall sconces, pendant light, hallway, living room, dining room, bedroom and so on.
- No More Expensive Electricity Bill: This candelabra LED bulb dissipates heat well and is a smart choice to replace your 60W incandescent bulbs, reducing some of your expenses and providing you with a better, longer lighting experience.
- Safe LED Bulb for Home Use: These LED light bulbs come with ETL, CE, FCC, and RoHS certifications, and meet with the product safety standards. This means that they are safe for used in the bedrooms, living rooms, or dining rooms.

| | | |
|---|---|---|
| | 1(b) a light-transmission bulb shell; | The experimental results show that the Cotanic product includes a light-transmission bulb shell forming the outer enclosure of the lamp. The bulb shell is transparent and allows light emitted from the internal LED light emitting strips to pass therethrough, thereby satisfying Claim 1(b). |

48



Transparent Light Bulb Shell

| | | |
|---|---|---|
| | 1(c) a core column with an exhaust tube ,an electrical power lead and a bracket; | Physical disassembly and inspection demonstrate that the Cotanic product includes a core column comprising all three elements recited in Claim 1(c), namely:an exhaust tube,a bracket, and an electrical power lead, which is specifically emphasized in the reexamination certificate.<br>Each of these components is clearly identified and structurally integrated within the core column. The Cotanic product therefore meets Claim 1(c).<br><br> |



| | | |
|---|---|---|
| | 1(d) a driver and;at least one LED light emitting strip fixed on the bracket,which is supported by the exhaust tube,for fixing the at least one LED light emitting strip,electrode leads at two ends of the LED light emitting strip are connected | The experimental results demonstrate that the Cotanic product includes a driver and multiple LED light emitting strips fixed on the bracket, with the bracket supported by the exhaust tube. |

| | | |
|---|---|---|
| | with the driver and an electrical connector via the electrical power lead in the core column,the LED light emitting strip comprises a transparent substrate strip,with a plurality of LED chips mounted thereon wherein the LED chips have transparent chip substrates wherein the LED chips are fixed onto the transparent substrate strip by a transparent glue to permit the at least one LED light emitting strip to emit 4π light; |  |

52



Electrical Connector

End of the LED Light Emitting Strip LED

LED Light Strips

Electrical Power Lead

Electrode Leads

Driver

Further examination confirms that:

electrode leads at two ends of each LED light emitting strip are connected to the driver and to an electrical connector via the electrical power lead disposed within the core column;

each LED light emitting strip comprises a transparent substrate strip;

the LED chips mounted thereon have transparent chip substrates;

and the LED chips are fixed onto the transparent substrate strip using transparent glue.



LED Chips

Transparent Substrate Strip



Transparent
Glue



LED Chips

Illumination testing confirms that the LED light emitting strips achieve 4π (360-degree) omnidirectional light emission. Accordingly, the Cotanic product meets all limitations of Claim 1(d)

4π Light

| | | |
|---|---|---|
| | 1(e) wherein the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column so as to form a vacuum sealed chamber, which is filled with a gas having a low coefficient of viscosity and a high coefficient of thermal conductivity,to perform convection dissipation without a metal heat sink and thereby take away heat generated by the LED light emitting strip when the LED light emitting strip is operating,via convection and conduction of the gas,through the light-transmission bulb shell;wherein the gas having a low coefficient of viscosity and a high coefficient of thermal conductivity includes He,H2,or a mixed gas of He and H2,and at room temperature the gas has a gas pressure in the range of 50-1520 Torrs, | The experimental results show that the Cotanic product includes an electrical connector, and that the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column to form a vacuum sealed chamber. The experimental observations further demonstrate that the Cotanic product dissipates heat without a metal heat sink, instead relying on convection and conduction through a gas-filled sealed chamber. The gas environment used for thermal dissipation is consistent with gases having a low coefficient of viscosity and a high coefficient of thermal conductivity, including those recited in Claim 1(e). Accordingly, Claim 1(e) is satisfied.  Vacuum Sealed Chamber The gas having a low coefficient of viscosity and a high coefficient of thermal conductivity includes He, $H_2$, or a mixed gas of He and $H_2$ |

55



Ambient Air Spectral Background



Helium Emission Spectral Lines

The spectral analysis results show an enlarged emission spectrum in which a pronounced peak appears at position 4, a location corresponding to a known characteristic emission line of helium. This peak is clearly differentiated from the ambient air spectral background, providing experimental support for the presence of helium gas in the tested sample.

| | | |
|---|---|---|
| | 1(f) wherein the bracket and the LED light emitting strips fixed on the bracket are housed in the vacuum sealed chamber,the LED light emitting strips being connected in series or in series and parallel,and arrangement of the LED light emitting strips is in the form of V,W,column,cone or plane;each of the LED light emitting strips having one LED electrode lead wire at each of two ends,with a first end of each of the LED electrode lead wires connected to one of the plurality of LED chips of the LED light emitting strips by an electrical connection wire,while a second end of the LED electrode lead wires is connected to a LED electrodelead wire of another LED light emitting strip by a metal wire of another LED light emitting strip by a metal wire or to an electrical power lead of the LED light bulb, | Experimental observation shows that the bracket and the LED light emitting strips are housed within the vacuum sealed chamber.<br><br>The Cotanic product includes four LED light emitting strips, which are arranged in parallel within the same plane and connected in a combination of series and parallel, corresponding directly to the planar arrangement (plane) recited in Claim 1(f).<br><br> |



LED Light Strips

Connected in Parallel

LED Light Strips

Connected in Series

Each LED light emitting strip has one LED electrode lead wire at each of two ends. The experimental results confirm that:

a first end of each LED electrode lead wire is connected to one of the plurality of LED chips by an electrical connection wire;

And a second end is connected to a LED electrode lead wire of another LED light emitting strip or to the electrical power lead by a metal wire.

Accordingly, the Cotanic product meets Claim 1(f).

Electrical Power Lead

LED Light Emitting Strips

LED Electrode Lead Wire

58



| | | LED Electrode Lead Wire |
|---|---|---|
| | 1(g) wherein the LED light emitting strips are supported with the LED light bulb by fixing the metal wires on a pillar of the core column. | Experimental disassembly and close-up inspection demonstrate that the LED light emitting strips are mechanically supported by fixing metal wires on a pillar of the core column. This structure directly corresponds to the support mechanism recited in Claim 1(g). Therefore, Claim 1(g) is satisfied. |

LED Light-Emitting Strips Supported Within the LED Light



Pillar of the Core Column

Metal Wires

CReative Home
(Brand: CRLight)

**Infringement Contention －US Pat. No. US9261242C1 ('242 Patent)**

| Infringing Product(ASIN) | US9261242C1 Claim 1 | Infringement Contention |
|---|---|---|
| CRLight 6W Dimmable LED Edison Bulb 3200K (B07MMQB6FV) | 1(a) An LED light bulb, comprising: | The infringement testing confirms that the infringing product is an LED light bulb. The tested product includes an integrated LED light source, internal electrical driver circuitry, and a power input structure, and therefore meets and satisfies the limitation of Claim 1(a) as recited.<br><br> |
| | 1(b) a light-transmission bulb shell; | The experimental results show that the infringing product CRLight comprises a light-transmission bulb shell forming the outer enclosure of the LED light bulb. The bulb shell is transparent and allows light emitted from the internal LED light emitting strips to pass through, thereby literally meeting the limitation of Claim 1(b).<br><br>A Light-Transmission Bulb Shell;<br> |

| | | |
|---|---|---|
| | 1(c) a core column with an exhaust tube ,an electrical power lead and a bracket; | Physical disassembly and inspection demonstrate that the infringing product employs a central core column structure. The core column includes an exhaust tube,an electrical power lead, and a bracket. Accordingly, the infringing product meets and satisfies Claim 1(c) as recited.<br><br>A Core Column<br><br><br>An Exhaust Tube<br><br><br>An Electrical Power Lead<br> |

|  |  |  |
|  |  |  |

| | | |
|---|---|---|
| | 1(d) a driver and;at least one LED light emitting strip fixed on the bracket,which is supported by the exhaust tube,for fixing the at least one LED light emitting strip,electrode leads at two ends of the LED light emitting strip are connected with the driver and an electrical connector via the electrical power lead in the core column,the LED light emitting strip comprises a transparent substrate strip,with a plurality of LED chips mounted thereon wherein the LED chips have transparent chip substrates wherein the LED chips are fixed onto the transparent substrate strip by a transparent glue to permit the at least one LED light emitting strip to emit 4 π light; | The experimental results demonstrate that the infringing product comprises a light-transmission bulb shell enclosing an internal structure that employs a core column including an exhaust tube, an electrical power lead, and a bracket.<br><br>Driver<br><br><br>Exhaust Tube<br><br><br>Core Column    LED Light<br>Electrical Power Lead    Bracket    Emitting Strip<br> |



LED Light Emitting Strip End

LED Light Emitting Strip

Electrical Power Lead

Electrode Lead

Driver

The infringing product further includes a driver and at least one LED light emitting strip fixed on the bracket, which is supported by the exhaust tube, in a manner consistent with the configuration recited in Claim 1(d).

The LED light emitting strip of the infringing product comprises a transparent substrate strip, with a plurality of LED chips mounted thereon. The LED chips have transparent chip substrates and are fixed onto the transparent substrate strip by transparent glue, as recited, thereby permitting the LED light emitting strip to emit $4\pi$ light, consistent with the claimed structure and function.

66



LED Chips

Transparent Substrate Strip

Front Side of LED Light Emitting Strip

Back Side of LED Light Emitting Strip

LED Chips

Transparent Glue

$4\pi$
Light

67

| | | |
|---|---|---|
| | 1(e) wherein the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column so as to form a vacuum sealed chamber, which is filled with a gas having a low coefficient of viscosity and a high coefficient of thermal conductivity,to perform convection dissipation without a metal heat sink and thereby take away heat generated by the LED light emitting strip when the LED light emitting strip is operating,via convection and conduction of the gas,through the light-transmission bulb shell;wherein the gas having a low coefficient of viscosity and a high coefficient of thermal conductivity includes He,H2,or a mixed gas of He and H2,and at room temperature the gas has a gas pressure in the range of 50-1520 Torrs, | The infringement testing demonstrates that the infringing product includes an electrical connector and that the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column to form a vacuum sealed chamber.<br><br>The gas analysis mass spectrometer testing further shows that the vacuum sealed chamber is filled with Helium (He), as the characteristic peak of Helium was clearly detected in the internal gas of the bulb. This gas is consistent with gases having a low coefficient of viscosity and a high coefficient of thermal conductivity as recited. The product operates without a metal heat sink, to remove heat generated by the LED light emitting strip through convection and conduction via the gas and the bulb shell.<br><br>Accordingly, the infringing product meets and satisfies Claim 1(e).<br><br> |

| | | |
|---|---|---|
| | 1(f) wherein the bracket and the LED light emitting strips fixed on the bracket are housed in the vacuum sealed chamber,the LED light emitting strips being connected in series or in series and parallel,and arrangement of the LED light emitting strips is in the form of V,W,column,cone or plane;each of the LED light emitting strips having one LED electrode lead wire at each of two ends,with a first end of each of the LED electrode lead wires connected to one of the plurality of LED chips of the LED light emitting strips by an electrical connection wire,while a second end of the LED electrode lead wires is connected to an LED electrode lead wire of another LED light emitting strip by a metal wire of another LED light emitting strip by a metal wire or to an electrical power lead of the LED light bulb, | Experimental observation shows that the bracket and the LED light emitting strips fixed on the bracket are housed within the vacuum sealed chamber.  Core Column   LED Light Emitting Strip  Vacuum Sealed Chamber  The experimental observations further confirm that the CRLight product employs LED light emitting strips connected in a combination of series and parallel, which is one of the expressly recited connection forms in Claim 1(f).  Parallel Connection  LED Light Emitting Strip  Series Connection |



The gas analysis mass spectrometer shows that the characteristic peak of Helium is detected in the internal gas of the bulb.

Each LED light emitting strip has one LED electrode lead wire at each of two ends. The experimental observations demonstrate that: a first end of each LED electrode lead wire is connected to one of the plurality of LED chips by an electrical connection wire; and a second end of each LED electrode lead wire is connected to an LED electrode lead wire of another LED light emitting strip or to an electrical power lead by a metal wire.



The experimental results therefore literally meet the electrical connection and arrangement limitations recited in Claim 1(f).

70

| | | |
|---|---|---|
| | |  |
| | 1(g) wherein the LED light emitting strips are supported with the LED light bulb by fixing the metal wires on a pillar of the core column. | The experimental observations clearly show that the LED light emitting strips are mechanically supported within the LED light bulb by fixing metal wires on a pillar of the core column. This support structure meets Claim 1(g) as recited. |

CYLYT

**Infringement Contention** – **US Pat. No. US9261242C1 (' 242 Patent)**

| Infringing Product(ASIN) | US9261242C1 Claim 1 | Infringement Contention |
|---|---|---|
| Dimmable E12 Candelabran LED Light Bulbs 60 watt Equivalent (B0D4QXMFZP) | 1(a) An LED light bulb, comprising: | The infringement testing confirms that the infringing product is an LED light bulb. The tested product includes an integrated LED light source, internal electrical driver circuitry, and a power input structure, and therefore meets and satisfies the limitation of Claim 1(a) as recited. |
| | 1(b) a light-transmission bulb shell; | The experimental results show that the infringing product CYLYT comprises a light-transmission bulb shell forming the outer enclosure of the LED light bulb. The bulb shell is transparent and allows light emitted from the internal LED light emitting strips to pass through, thereby literally meeting the limitation of Claim 1(b). A Light-Transmission Bulb Shell; |

| | | Physical disassembly and inspection demonstrate that the infringing product employs a central core column structure. The core column includes an exhaust tube,an electrical power lead, and a bracket. Accordingly, the infringing product meets and satisfies Claim 1(c) as recited. |
|---|---|---|
| | 1(c) a core column with an exhaust tube ,an electrical power lead and a bracket; | A Core Column<br><br>An Exhaust Tube<br><br>An Electrical Power Lead<br> |



| | | |
|---|---|---|
| | 1(d) a driver and;at least one LED light emitting strip fixed on the bracket,which is supported by the exhaust tube,for fixing the at least one LED light emitting strip,electrode leads at two ends of the LED light emitting strip are connected with the driver and an electrical connector via the electrical power lead in the core column,the LED light emitting strip comprises a transparent substrate strip,with a plurality of LED chips mounted thereon wherein the LED chips have transparent chip substrates wherein the LED chips are fixed onto the transparent substrate strip by a transparent glue to permit the at least one LED light emitting strip to emit 4 π light; | The experimental results demonstrate that the infringing product comprises a light-transmission bulb shell enclosing an internal structure that employs a core column including an exhaust tube, an electrical power lead, and a bracket.<br><br>Driver<br><br><br>Exhaust Tube<br><br><br>Core Column · Bracket · LED Light Emitting Strip<br>Electrical Power Lead<br> |



LED Light Emitting Strip End

LED Light Emitting Strip

Electrical Power Lead

Electrode Lead

Driver

The infringing product further includes a driver and at least one LED light emitting strip fixed on the bracket, which is supported by the exhaust tube, in a manner consistent with the configuration recited in Claim 1(d).

The LED light emitting strip of the infringing product comprises a transparent substrate strip, with a plurality of LED chips mounted thereon. The LED chips have transparent chip substrates and are fixed onto the transparent substrate strip by transparent glue, as recited, thereby permitting the LED light emitting strip to emit $4\pi$ light, consistent with the claimed structure and function.

77



LED Chips

Transparent Substrate Strip

Front Side of LED Light Emitting Strip

Back Side of LED Light Emitting Strip

LED Chips

Transparent Glue

$4\pi$
Light

| | | |
|---|---|---|
| | 1(e) wherein the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column so as to form a vacuum sealed chamber, which is filled with a gas having a low coefficient of viscosity and a high coefficient of thermal conductivity,to perform convection dissipation without a metal heat sink and thereby take away heat generated by the LED light emitting strip when the LED light emitting strip is operating,via convection and conduction of the gas,through the light-transmission bulb shell;wherein the gas having a low coefficient of viscosity and a high coefficient of thermal conductivity includes He,H2,or a mixed gas of He and H2,and at room temperature the gas has a gas pressure in the range of 50-1520 Torrs, | The infringement testing demonstrates that the infringing product includes an electrical connector and that the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column to form a vacuum sealed chamber.<br><br>The gas analysis mass spectrometer testing further shows that the vacuum sealed chamber is filled with Helium (He), as the characteristic peak of Helium was clearly detected in the internal gas of the bulb. This gas is consistent with gases having a low coefficient of viscosity and a high coefficient of thermal conductivity as recited. The product operates without a metal heat sink, to remove heat generated by the LED light emitting strip through convection and conduction via the gas and the bulb shell.<br><br>Accordingly, the infringing product meets and satisfies Claim 1(e).<br><br> |

| | | |
|---|---|---|
| | 1(f) wherein the bracket and the LED light emitting strips fixed on the bracket are housed in the vacuum sealed chamber,the LED light emitting strips being connected in series or in series and parallel,and arrangement of the LED light emitting strips is in the form of V,W,column,cone or plane;each of the LED light emitting strips having one LED electrode lead wire at each of two ends,with a first end of each of the LED electrode lead wires connected to one of the plurality of LED chips of the LED light emitting strips by an electrical connection wire,while a second end of the LED electrode lead wires is connected to an LED electrode lead wire of another LED light emitting strip by a metal wire of another LED light emitting strip by a metal wire or to an electrical power lead of the LED light bulb, | Experimental observation shows that the bracket and the LED light emitting strips fixed on the bracket are housed within the vacuum sealed chamber.<br><br>Core Column    LED Light Emitting Strip<br>Vacuum Sealed Chamber<br><br>The experimental observations further confirm that the CYLYT product employs LED light emitting strips connected in a combination of series and parallel, which is one of the expressly recited connection forms in Claim 1(f).<br><br>Parallel Connection<br>LED Light Emitting Strip<br>Series Connection |

80



The gas analysis mass spectrometer shows that the characteristic peak of Helium is detected in the internal gas of the bulb.

Each LED light emitting strip has one LED electrode lead wire at each of two ends. The experimental observations demonstrate that: a first end of each LED electrode lead wire is connected to one of the plurality of LED chips by an electrical connection wire; and a second end of each LED electrode lead wire is connected to an LED electrode lead wire of another LED light emitting strip or to an electrical power lead by a metal wire.



LED Light Emitting Strip

LED Light Emitting Strip Electrode Lead Wire

LED Light Emitting Strip Electrode Lead Wire

Electrical Power Lead

The experimental results therefore literally meet the electrical connection and arrangement limitations recited in Claim 1(f).

81

LED Light Emitting Strip Electrical Connection Wire

The experimental observations clearly show that the LED light emitting strips are mechanically supported within the LED light bulb by fixing metal wires on a pillar of the core column. This support structure meets Claim 1(g) as recited.

Pillar of the Core Column

1(g) wherein the LED light emitting strips are supported with the LED light bulb by fixing the metal wires on a pillar of the core column.

Metal Wires

82

# H&Z Tech
# (Brand: Rnyloas)

**Infringement Contention  – US Pat. No. US9261242C1 ('242 Patent)**

| Infringing Product(ASIN) | US9261242C1 Claim 1 | Infringement Contention |
|---|---|---|
| CA11 Chandelier Dimmable Light Bulbs 2700k Warm White 6W 120V (B0DLBK7GZK) | 1(a) An LED light bulb, comprising: | The infringement testing confirms that the infringing product is an LED light bulb. The tested product includes an integrated LED light source, internal electrical driver circuitry, and a power input structure, and therefore meets and satisfies the limitation of Claim 1(a) as recited. |
| | 1(b) a light-transmission bulb shell; | The experimental results show that the infringing product Rnyloas comprises a light-transmission bulb shell forming the outer enclosure of the LED light bulb. The bulb shell is transparent and allows light emitted from the internal LED light emitting strips to pass through, thereby literally meeting the limitation of Claim 1(b). A   Light-Transmission Bulb Shell; |

| | | |
|---|---|---|
| | 1(c) a core column with an exhaust tube ,an electrical power lead and a bracket; | Physical disassembly and inspection demonstrate that the infringing product employs a central core column structure. The core column includes an exhaust tube,an electrical power lead, and a bracket. Accordingly, the infringing product meets and satisfies Claim 1(c) as recited.<br><br>A Core Column<br><br><br><br>An Exhaust Tube<br><br><br><br>An Electrical Power Lead<br><br> |

85



Case: 1:26-cv-04643 Document #: 1-3 Filed: 04/24/26 Page 88 of 132 PageID #:208

| | | |
|---|---|---|
| | 1(d) a driver and;at least one LED light emitting strip fixed on the bracket,which is supported by the exhaust tube,for fixing the at least one LED light emitting strip,electrode leads at two ends of the LED light emitting strip are connected with the driver and an electrical connector via the electrical power lead in the core column,the LED light emitting strip comprises a transparent substrate strip,with a plurality of LED chips mounted thereon wherein the LED chips have transparent chip substrates wherein the LED chips are fixed onto the transparent substrate strip by a transparent glue to permit the at least one LED light emitting strip to emit $4\pi$ light; | The experimental results demonstrate that the infringing product comprises a light-transmission bulb shell enclosing an internal structure that employs a core column including an exhaust tube, an electrical power lead, and a bracket.<br><br>Driver<br><br>Exhaust Tube<br><br>Core Column · Bracket · LED Light Emitting Strip · Electrical Power Lead |

87



The infringing product further includes a driver and at least one LED light emitting strip fixed on the bracket, which is supported by the exhaust tube, in a manner consistent with the configuration recited in Claim 1(d).

The LED light emitting strip of the infringing product comprises a transparent substrate strip, with a plurality of LED chips mounted thereon. The LED chips have transparent chip substrates and are fixed onto the transparent substrate strip by transparent glue, as recited, thereby permitting the LED light emitting strip to emit $4\pi$ light, consistent with the claimed structure and function.

88



LED Chips      Transparent Substrate Strip

Front Side of LED Light Emitting Strip

Back Side of LED Light Emitting Strip

LED Chips

Transparent Glue

4π Light

89

| | | |
|---|---|---|
| | 1(e) wherein the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column so as to form a vacuum sealed chamber, which is filled with a gas having a low coefficient of viscosity and a high coefficient of thermal conductivity,to perform convection dissipation without a metal heat sink and thereby take away heat generated by the LED light emitting strip when the LED light emitting strip is operating,via convection and conduction of the gas,through the light-transmission bulb shell;wherein the gas having a low coefficient of viscosity and a high coefficient of thermal conductivity includes He,H2,or a mixed gas of He and H2,and at room temperature the gas has a gas pressure in the range of 50-1520 Torrs, | The infringement testing demonstrates that the infringing product includes an electrical connector and that the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column to form a vacuum sealed chamber.<br><br>The gas analysis mass spectrometer testing further shows that the vacuum sealed chamber is filled with Helium (He), as the characteristic peak of Helium was clearly detected in the internal gas of the bulb. This gas is consistent with gases having a low coefficient of viscosity and a high coefficient of thermal conductivity as recited. The product operates without a metal heat sink, to remove heat generated by the LED light emitting strip through convection and conduction via the gas and the bulb shell.<br><br>Accordingly, the infringing product meets and satisfies Claim 1(e).<br><br> |

| | |
|---|---|
| 1(f) wherein the bracket and the LED light emitting strips fixed on the bracket are housed in the vacuum sealed chamber,the LED light emitting strips being connected in series or in series and parallel,and arrangement of the LED light emitting strips is in the form of V,W,column,cone or plane;each of the LED light emitting strips having one LED electrode lead wire at each of two ends,with a first end of each of the LED electrode lead wires connected to one of the plurality of LED chips of the LED light emitting strips by an electrical connection wire,while a second end of the LED electrode lead wires is connected to an LED electrodelead wire of another LED light emitting strip by a metal wire of another LED light emitting strip by a metal wire or to an electrical power lead of the LED light bulb, | Experimental observation shows that the bracket and the LED light emitting strips fixed on the bracket are housed within the vacuum sealed chamber.<br><br>Core Column  LED Light Emitting Strip<br><br>Vacuum Sealed Chamber<br><br>The experimental observations further confirm that the Rnyloas product employs LED light emitting strips connected in a combination of series and parallel, which is one of the expressly recited connection forms in Claim 1(f).<br><br> |



The gas analysis mass spectrometer shows that the characteristic peak of Helium is detected in the internal gas of the bulb.

Each LED light emitting strip has one LED electrode lead wire at each of two ends. The experimental observations demonstrate that: a first end of each LED electrode lead wire is connected to one of the plurality of LED chips by an electrical connection wire; and a second end of each LED electrode lead wire is connected to an LED electrode lead wire of another LED light emitting strip or to an electrical power lead by a metal wire.



LED Light Emitting Strip

LED Light Emitting Strip Electrode Lead Wire

LED Light Emitting Strip Electrode Lead Wire

Electrical Power Lead

The experimental results therefore literally meet the electrical connection and arrangement limitations recited in Claim 1(f).

| | | |
|---|---|---|
| | | LED Light Emitting Strip Electrical Connection Wire<br> |
| | 1(g) wherein the LED light emitting strips are supported with the LED light bulb by fixing the metal wires on a pillar of the core column. | The experimental observations clearly show that the LED light emitting strips are mechanically supported within the LED light bulb by fixing metal wires on a pillar of the core column. This support structure meets Claim 1(g) as recited.<br><br>Pillar of the Core Column<br><br>Metal Wires |

# Hzsteel
# (Brand: Ganiude)

**Infringement Contention － US Pat. No. US9261242C1 ('242 Patent)**

| Infringing Product(ASIN) | US9261242C1 Claim 1 | Infringement Contention |
|---|---|---|
| Ganiude E12 Dusk to Dawn Light Bulbs Outdoor (B09FNZFXJL) | 1(a) An LED light bulb, comprising: | The infringement testing confirms that the infringing product is an LED light bulb. The tested product includes an integrated LED light source, internal electrical driver circuitry, and a power input structure, and therefore meets and satisfies the limitation of Claim 1(a) as recited |
| | 1(b) a light-transmission bulb shell; | The experimental results show that the infringing product Ganiude comprises a light-transmission bulb shell forming the outer enclosure of the LED light bulb. The bulb shell is transparent and allows light emitted from the internal LED light emitting strips to pass through, thereby literally meeting the limitation of Claim 1(b).<br><br>A Light-Transmission Bulb Shell; |

| | | Physical disassembly and inspection demonstrate that the infringing product employs a central core column structure. The core column includes an exhaust tube,an electrical power lead, and a bracket. Accordingly, the infringing product meets and satisfies Claim 1(c) as recited. |
| --- | --- | --- |
| | 1(c) a core column with an exhaust tube ,an electrical power lead and a bracket; | A Core Column<br><br><br>An Exhaust Tube<br><br><br>An Electrical Power Lead<br> |



| | | |
|---|---|---|
| | 1(d) a driver and;at least one LED light emitting strip fixed on the bracket,which is supported by the exhaust tube,for fixing the at least one LED light emitting strip,electrode leads at two ends of the LED light emitting strip are connected with the driver and an electrical connector via the electrical power lead in the core column,the LED light emitting strip comprises a transparent substrate strip,with a plurality of LED chips mounted thereon wherein the LED chips have transparent chip substrates wherein the LED chips are fixed onto the transparent substrate strip by a transparent glue to permit the at least one LED light emitting strip to emit 4 π light; | The experimental results demonstrate that the infringing product employs a central core column structure. The core column includes an exhaust tube,an electrical power lead, and a bracket. Accordingly, the infringing product meets and satisfies Claim 1(c) as recited.<br><br>Driver<br><br><br>Exhaust Tube<br><br><br>Core Column     LED Light Emitting Strip<br>Electrical Power Lead    Bracket<br> |



The infringing product further includes a driver and at least one LED light emitting strip fixed on the bracket, which is supported by the exhaust tube, in a manner consistent with the configuration recited in Claim 1(d).

The LED light emitting strip of the infringing product comprises a transparent substrate strip, with a plurality of LED chips mounted thereon. The LED chips have transparent chip substrates and are fixed onto the transparent substrate strip by transparent glue, as recited, thereby permitting the LED light emitting strip to emit 4π light, consistent with the claimed structure and function.



| | | |
|---|---|---|
| | 1(e) wherein the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column so as to form a vacuum sealed chamber, which is filled with a gas having a low coefficient of viscosity and a high coefficient of thermal conductivity,to perform convection dissipation without a metal heat sink and thereby take away heat generated by the LED light emitting strip when the LED light emitting strip is operating,via convection and conduction of the gas,through the light-transmission bulb shell;wherein the gas having a low coefficient of viscosity and a high coefficient of thermal conductivity includes He,H2,or a mixed gas of He and H2,and at room temperature the gas has a gas pressure in the range of 50-1520 Torrs, | The infringement testing demonstrates that the infringing product includes an electrical connector and that the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column to form a vacuum sealed chamber.<br><br>The gas analysis mass spectrometer testing further shows that the vacuum sealed chamber is filled with Helium (He), as the characteristic peak of Helium was clearly detected in the internal gas of the bulb. This gas is consistent with gases having a low coefficient of viscosity and a high coefficient of thermal conductivity as recited. The product operates without a metal heat sink, to remove heat generated by the LED light emitting strip through convection and conduction via the gas and the bulb shell.<br><br>Accordingly, the infringing product meets and satisfies Claim 1(e).<br><br> |

| | | |
|---|---|---|
| | 1(f) wherein the bracket and the LED light emitting strips fixed on the bracket are housed in the vacuum sealed chamber,the LED light emitting strips being connected in series or in series and parallel,and arrangement of the LED light emitting strips is in the form of V,W,column,cone or plane;each of the LED light emitting strips having one LED electrode lead wire at each of two ends,with a first end of each of the LED electrode lead wires connected to one of the plurality of LED chips of the LED light emitting strips by an electrical connection wire,while a second end of the LED electrode lead wires is connected to an LED electrode lead wire of another LED light emitting strip by a metal wire of another LED light emitting strip by a metal wire or to an electrical power lead of the LED light bulb, | Experimental observation shows that the bracket and the LED light emitting strips fixed on the bracket are housed within the vacuum sealed chamber.<br><br><br>Core Column LED Light Emitting Strip<br>Vacuum Sealed Chamber<br><br>The experimental observations further confirm that the Ganiude product employs LED light emitting strips connected in a combination of series and parallel, which is one of the expressly recited connection forms in Claim 1(f).<br><br><br>Parallel Connection<br><br>LED Light Emitting Strip<br><br><br>Series Connection |



The gas analysis mass spectrometer shows that the characteristic peak of Helium is detected in the internal gas of the bulb.

Each LED light emitting strip has one LED electrode lead wire at each of two ends. The experimental observations demonstrate that: a first end of each LED electrode lead wire is connected to one of the plurality of LED chips by an electrical connection wire; and a second end of each LED electrode lead wire is connected to an LED electrode lead wire of another LED light emitting strip or to an electrical power lead by a metal wire.



LED Light Emitting Strip Electrode Lead Wire

LED Light Emitting Strip

LED Light Emitting Strip Electrode Lead Wire

Electrical Power Lead

The experimental results therefore literally meet the electrical connection and arrangement limitations recited in Claim 1(f).

103

<table>
<tr><td></td><td></td><td>

LED Light Emitting Strip Electrical Connection Wire



</td></tr>
<tr><td></td><td>

1(g) wherein the LED light emitting strips are supported with the LED light bulb by fixing the metal wires on a pillar of the core column.

</td><td>

The experimental observations clearly show that the LED light emitting strips are mechanically supported within the LED light bulb by fixing metal wires on a pillar of the core column. This support structure meets Claim 1(g) as recited.

Pillar of the Core Column

Metal Wires

</td></tr>
</table>

104

Owilukie

| Infringing Product(ASIN) | US9261242C1 Claim 1 | Infringement Contention |
|---|---|---|
| Owilukie E12 (B0DL9MLZLK) | 1(a) An LED light bulb, comprising: | The infringement testing confirms that the infringing product is an LED light bulb.The tested product includes an integrated LED light source,internal electrical driver circuitry,and a power input structure,and therefore meets and satisfies the limitation of Claim 1(a)as recited.<br><br> |

**About this item**

- Amber glass eye protection: Our amber chandelier bulbs use high-quality transparent amber glass, no harsh transparent glass, more retro, more beautiful. Compared to other transparent led E12 bulbs, amber transparent glass also effectively softened light, providing a comfortable and protective shine, reducing eye strain and limiting its harmful effects.The bulb size is the same as the old incandescent bulbs, but the amber glass LED lights provide a safe, healthy zero-sting vision, perfect for use when a break is needed

- Technical Features and High quality raw materials : The Owilukie 2024 upgraded E12 LED Amber glass bulb has the same light output as an Edison bulb at 40 watts. Owilukie E12 LED Amber clear glass bulbs fit into the standard E12 base, high quality AC120V, 2200K LED chip retro LED bulbs, with a high quality thick glass cover, the bulbs are not easy to break or crack. CRI 85+ displays true colors, 400lm, 360° beam Angle, dimmable antique bulbs provide you with a new lighting experience. Owilukie 2024 upgraded E12 LED Amber glass bulb no glare, no buzz, no lead or mercury, no violet/infrared, environmentally friendly raw materials to protect your family's vision

- Dimmable 2024 upgraded E12 LED Amber glass bulb : The dimmable range of E12 LED Amber glass bulb is 0%-100%, and its dimmable function can help you create any lighting atmosphere you want, you can adjust the brightness of the bulb from 0% to 100% according to the lighting atmosphere you need. The classic-looking E12 LED bulb with dimmable features turns any light fixture into a work of art, offering a nostalgic glow and retro charm

- Efficient and durable : The Owilukie 2024 upgraded E12 LED Amber glass bulb consumes only 4W of power, but can provide the same light output as traditional 40W incandescent bulbs and can save at least 90% of energy consumption. The high quality, low power, 2024 upgraded E12 LED Amber glass bulb will keep you lit for approximately long service life, which is 25 times longer than the life of regular incandescent bulbs. Not only will let you save a lot of money on your electricity bill, but you'll also save money on frequent replacement bulbs

- 24 months : At Owilukie Lighting, we aim to provide exceptional comfort and reliable, high quality LED bulbs. We have the most friendly customer service with our e12 base bulbs

› See more product details

| | | |
|---|---|---|
| | 1(b) a light-transmission bulb shell; | The experimental results show that the Owilukie product comprises a light-transmission bulb shell forming the outer enclosure of the lamp. The bulb shell is transparent and allows light emitted from the internal LED light emitting strips to pass through. Accordingly, the experimental observations literally meet the limitation of Claim 1(b). |

107



Light-Transmission Bulb Shell

| 1(c) a core column with an exhaust tube,an electrical power lead and a bracket; | Physical disassembly and inspection identify a central core column structure within the Owilukie product. The experimental observations clearly demonstrate that the core column includes:an exhaust tube,an electrical power lead and a bracket used to fix the LED light emitting strips.<br><br>Each of these structural elements corresponds directly to the components recited in Claim 1(c). The Owilukie product therefore meets and satisfies Claim 1(c). |
|---|---|





Electrical Power Lead

Electrical Power Lead

LED Light Emitting Strips

Core Column

Bracket

| | | |
|---|---|---|
| 1(d) a driver and;at least one LED light emitting strip fixed on the bracket,which is supported by the exhaust tube,for fixing the at least one LED light emitting strip , electrode leads at two ends of the LED light emitting strip are connected with the driver and an electrical connector via the electrical power lead in the core column,the LED light emitting | The experimental results demonstrate that the Owilukie product comprises a driver and a plurality of LED light emitting strips fixed on a bracket, wherein the bracket is supported by the exhaust tube, in a manner consistent with Claim 1(d).<br><br>LED Light Emitting Strips | |

110

| | | |
|---|---|---|
| | strip comprises a transparent substrate strip,with a plurality of LED chips mounted thereon wherein the LED chips have transparent chip substrates wherein the LED chips are fixed onto the transparent substrate strip by a transparent glue to permit the at least one LED light emitting strip to emit 4 π light; | **About this item** <br><br> • Amber glass eye protection: Our amber chandelier bulbs use high-quality transparent amber glass, no harsh transparent glass, more retro, more beautiful. Compared to other transparent led E12 bulbs, amber transparent glass also effectively softened light, providing a comfortable and protective shine, reducing eye strain and limiting its harmful effects.The bulb size is the same as the old incandescent bulbs, but the amber glass LED lights provide a safe, healthy zero-sting vision, perfect for use when a break is needed <br><br> • Technical Features and High quality raw materials : The Owilukie 2024 upgraded E12 LED Amber glass bulb has the same light output as an Edison bulb at 40 watts. Owilukie E12 LED Amber clear glass bulbs fit into the standard E12 base, high quality AC120V, 2200K LED chip retro LED bulbs, with a high quality thick glass cover, the bulbs are not easy to break or crack. CRI 85+ displays true colors, 400lm, 360° beam Angle, dimmable antique bulbs provide you with a new lighting experience. Owilukie 2024 upgraded E12 LED Amber glass bulb no glare, no buzz, no lead or mercury, no violet/infrared, environmentally friendly raw materials to protect your family's vision <br><br> • Dimmable 2024 upgraded E12 LED Amber glass bulb : The dimmable range of E12 LED Amber glass bulb is 0%-100%, and its dimmable function can help you create any lighting atmosphere you want, you can adjust the brightness of the bulb from 0% to 100% according to the lighting atmosphere you need. The classic-looking E12 LED bulb with dimmable features turns any light fixture into a work of art, offering a nostalgic glow and retro charm <br><br> • Efficient and durable : The Owilukie 2024 upgraded E12 LED Amber glass bulb consumes only 4W of power, but can provide the same light output as traditional 40W incandescent bulbs and can save at least 90% of energy consumption. The high quality, low power, 2024 upgraded E12 LED Amber glass bulb will keep you lit for approximately long service life, which is 25 times longer than the life of regular incandescent bulbs. Not only will let you save a lot of money on your electricity bill, but you'll also save money on frequent replacement bulbs <br><br> • 24 months : At Owilukie Lighting, we aim to provide exceptional comfort and reliable, high quality LED bulbs. We have the most friendly customer service with our e12 base bulbs <br><br> › See more product details <br><br>  Driver |

111



The experimental observations further confirm that: electrode lead wires at two ends of each LED light emitting strip are electrically connected to the driver

and to an electrical connector via an electrical power lead disposed in the core column;

each LED light emitting strip comprises a transparent substrate strip, on which a plurality of LED chips are mounted;

the LED chips have transparent chip substrates;

and the LED chips are fixed onto the transparent substrate strip using transparent glue, as confirmed by close-up examination.



LED Chips

Transparent Substrate Strip

LED Chips

Transparent Glue

When energized, the LED light emitting strips emit 4 π (360-degree) omnidirectional light. This combination of structural and material features literally meets each limitation recited in Claim 1(d), including the material limitations introduced during reexamination.



4 π Light

| | | |
|---|---|---|
| | 1(e) wherein the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column so as to form a vacuum sealed chamber,which is filled with a gas having a low coefficient of viscosity and a high coefficient of thermal conductivity,to perform convection dissipation without a metal heat sink and thereby take away heat generated by the LED light emitting strip when the LED light emitting strip is operating,via convection and conduction of the gas,through the light-transmission bulb shell;wherein the gas having a low coefficient of viscosity and a high coefficient of thermal conductivity includes | The experimental results demonstrate that the Owilukie product includes that the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column, thereby forming a vacuum sealed chamber. The experimental observations further demonstrate that the Owilukie product dissipates heat without a metal heat sink, instead relying on convection and conduction through a gas-filled sealed chamber. The gas environment used for thermal dissipation is consistent with gases having a low coefficient of viscosity and a high coefficient of thermal conductivity, including those recited in Claim 1(e). Accordingly, the experimental results meet and satisfy Claim 1(e).<br><br> the gas having a low coefficient of viscosity and a high coefficient of thermal conductivity includes He, $H_2$, or a mixed gas of He and $H_2$<br><br><br><br>Ambient Air Spectral Background |

| | He,H2,or a mixed gas of He and H2,and at room temperature the gas has a gas pressure in the range of 50-1520 Torrs, |

Helium Emission Spectral Lines

The spectral analysis results show an enlarged emission spectrum in which a pronounced peak appears at position 4, a location corresponding to a known characteristic emission line of helium. This peak is clearly differentiated from the ambient air spectral background, providing experimental support for the presence of helium gas in the tested sample. |
| | 1(f) wherein the bracket and the LED light emitting strips fixed on the bracket are housed in the vacuum sealed | The experimental results show that the bracket and the LED light emitting strips fixed on the bracket are housed within the vacuum sealed chamber.Owilukie E12 comprises 4 LED light-emitting strips arranged in the form of "X" and connected in a combination of series and parallel, this X-shape is merely a planar variation of the V-shaped/planar arrangements recited in Claim 1. It performs substantially the same function, in substantially the same way, to achieve the |

116

| | chamber,the LED light emitting strips being connected in series or in series and parallel,and arrangement of the LED light emitting strips is in the form of V,W,column,cone or plane;each of the LED light emitting strips having one LED electrode lead wire at each of two ends,with a first end of each of the LED electrode lead wires connected to one of the plurality of LED chips of the LED light emitting strips by an electrical connection wire,while a second end of the LED electrode lead wires is connected to an LED electrode lead wire of another LED light emitting strip by a metal wire of another LED light emitting strip by a metal wire or to an electrical | same result—omnidirectional 4 π light emission—and therefore infringes at least under the doctrine of equivalents.<br><br>Core Column<br><br>LED Light Emitting Strips<br><br>Vacuum Sealed Chamber<br><br>LED Light-Emitting Strips Arranged in the Form of X<br><br>Bracket<br><br>Connected in Parallel<br><br>LED Light Emitting Strips |

117

<table>
<tr>
<td></td>
<td>power lead of the LED light bulb,</td>
<td>



Connected in Series



LED Light-Emitting Strips Arranged
in the Form of "X"

Each LED light emitting strip has one LED electrode lead wire at each of two ends. The experimental observations demonstrate that:
a first end of each LED electrode lead wire is connected to one of the plurality of LED chips by an electrical connection wire; and
a second end of each LED electrode lead wire is connected to an LED electrode lead wire of another LED light emitting strip or to an electrical power lead by a metal wire.
The experimental results therefore literally meet the electrical connection and arrangement limitations recited in Claim 1(f).

</td>
</tr>
</table>

| | | |
|---|---|---|
| | |  |
| | 1(g) wherein the LED light emitting strips are supported with the LED light bulb by fixing the metal wires on a pillar of the core column. | The experimental observations clearly show that the LED light emitting strips are mechanically supported within the LED light bulb by fixing metal wires on a pillar of the core column. This support structure corresponds directly to the supporting mechanism recited in Claim 1(g). The Owilukie product therefore meets Claim 1(g) as recited. |

119



# Wonderful Lighting
# (Brand: runquiz)

**Infringement Contention － US Pat. No. US9261242C1 ('242 Patent)**

| Infringing Product(ASIN) | US9261242C1 Claim 1 | Infringement Contention |
|---|---|---|
| A19 Clear Led Bulbs, E26 Dimmable Edison Bulbs (B0DQTL8XL2) | 1(a) An LED light bulb, comprising: | The infringement testing confirms that the infringing product is an LED light bulb. The tested product includes an integrated LED light source, internal electrical driver circuitry, and a power input structure, and therefore meets and satisfies the limitation of Claim 1(a) as recited.<br><br> |
| | 1(b) a light-transmission bulb shell; | The experimental results show that the infringing product runquiz comprises a light-transmission bulb shell forming the outer enclosure of the LED light bulb. The bulb shell is transparent and allows light emitted from the internal LED light emitting strips to pass through, thereby literally meeting the limitation of Claim 1(b).<br><br><br>A Light-Transmission Bulb Shell; |

|  |  | Physical disassembly and inspection demonstrate that the infringing product employs a central core column structure. The core column includes an exhaust tube,an electrical power lead, and a bracket. Accordingly, the infringing product meets and satisfies Claim 1(c) as recited. |
|  |  | A Core Column<br><br>An Exhaust Tube<br><br>An Electrical Power Lead<br> |
|  | 1(c) a core column with an exhaust tube ,an electrical power lead and a bracket; |  |



124

| | 1(d) a driver and;at least one LED light emitting strip fixed on the bracket,which is supported by the exhaust tube,for fixing the at least one LED light emitting strip,electrode leads at two ends of the LED light emitting strip are connected with the driver and an electrical connector via the electrical power lead in the core column,the LED light emitting strip comprises a transparent substrate strip,with a plurality of LED chips mounted thereon wherein the LED chips have transparent chip substrates wherein the LED chips are fixed onto the transparent substrate strip by a transparent glue to permit the at least one LED light emitting strip to emit 4 π light; | The experimental results demonstrate that the infringing product comprises a light-transmission bulb shell enclosing an internal structure that employs a core column including an exhaust tube, an electrical power lead, and a bracket. <br><br> Driver <br>  <br> Exhaust Tube <br>  <br> Core Column  Bracket  LED Light Emitting Strip <br> Electrical Power Lead <br>  |
| --- | --- | --- |



The infringing product further includes a driver and at least one LED light emitting strip fixed on the bracket, which is supported by the exhaust tube, in a manner consistent with the configuration recited in Claim 1(d).

The LED light emitting strip of the infringing product comprises a transparent substrate strip, with a plurality of LED chips mounted thereon. The LED chips have transparent chip substrates and are fixed onto the transparent substrate strip by transparent glue, as recited, thereby permitting the LED light emitting strip to emit 4π light, consistent with the claimed structure and function.

126



127

| | | |
|---|---|---|
| | 1(e) wherein the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column so as to form a vacuum sealed chamber, which is filled with a gas having a low coefficient of viscosity and a high coefficient of thermal conductivity,to perform convection dissipation without a metal heat sink and thereby take away heat generated by the LED light emitting strip when the LED light emitting strip is operating,via convection and conduction of the gas,through the light-transmission bulb shell;wherein the gas having a low coefficient of viscosity and a high coefficient of thermal conductivity includes He,H2,or a mixed gas of He and H2,and at room temperature the gas has a gas pressure in the range of 50-1520 Torrs, | The infringement testing demonstrates that the infringing product includes an electrical connector and that the light-transmission bulb shell is vacuum sealed with the exhaust tube of the core column to form a vacuum sealed chamber.<br><br>The gas analysis mass spectrometer testing further shows that the vacuum sealed chamber is filled with Helium (He), as the characteristic peak of Helium was clearly detected in the internal gas of the bulb. This gas is consistent with gases having a low coefficient of viscosity and a high coefficient of thermal conductivity as recited. The infringing product operates without a metal heat sink, to remove heat generated by the LED light emitting strip through convection and conduction via the gas and the bulb shell.<br><br>Accordingly, the infringing product meets and satisfies Claim 1(e).<br><br> |

| | | |
|---|---|---|
| | 1(f) wherein the bracket and the LED light emitting strips fixed on the bracket are housed in the vacuum sealed chamber,the LED light emitting strips being connected in series or in series and parallel,and arrangement of the LED light emitting strips is in the form of V,W,column,cone or plane;each of the LED light emitting strips having one LED electrode lead wire at each of two ends,with a first end of each of the LED electrode lead wires connected to one of the plurality of LED chips of the LED light emitting strips by an electrical connection wire,while a second end of the LED electrode lead wires is connected to an LED electrode lead wire of another LED light emitting strip by a metal wire of another LED light emitting strip by a metal wire or to an electrical power lead of the LED light bulb, | Experimental observation shows that the bracket and the LED light emitting strips fixed on the bracket are housed within the vacuum sealed chamber.<br><br><br><br>The experimental observations further confirm that the infringing product employs LED light emitting strips connected in a combination of series and parallel, which is one of the expressly recited connection forms in Claim 1(f).<br><br> |

129



The gas analysis mass spectrometer shows that the characteristic peak of Helium is detected in the internal gas of the bulb.

Each LED light emitting strip has one LED electrode lead wire at each of two ends. The experimental observations demonstrate that: a first end of each LED electrode lead wire is connected to one of the plurality of LED chips by an electrical connection wire; and a second end of each LED electrode lead wire is connected to an LED electrode lead wire of another LED light emitting strip or to an electrical power lead by a metal wire.



LED Light Emitting Strip Electrode Lead Wire

LED Light Emitting Strip

LED Light Emitting Strip Electrode Lead Wire

Electrical Power Lead

The experimental results therefore literally meet the electrical connection and arrangement limitations recited in Claim 1(f).

| | | |
|---|---|---|
| | |  |
| | 1(g) wherein the LED light emitting strips are supported with the LED light bulb by fixing the metal wires on a pillar of the core column. | The experimental observations clearly show that the LED light emitting strips are mechanically supported within the LED light bulb by fixing metal wires on a pillar of the core column. This support structure meets Claim 1(g) as recited. |

131